In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-324 CV


____________________



JAMIE JOHNSON, Appellant



V.



TARSHEMA LEWIS, Appellee






On Appeal from the County Court at Law No. 1


Jefferson County, Texas


Trial Cause No. 109946






MEMORANDUM OPINION


 The appellant, Jamie Johnson, and the appellee, Tarshema Lewis, filed a joint motion
to dismiss this appeal. The motion is voluntarily made by the parties prior to any decision
of this Court. See Tex. R. App. P. 42.1(a)(2). No other party filed notice of appeal. The
motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered October 30, 2008

Before McKeithen, C.J., Kreger and Horton, JJ.